# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146169

ANTHONY LEMON,
        Plaintiff-Appellee,

v

        SC: 146169
        COA: 304642
        Genesee CC: 09-092581-CZ

MARK BOUDREAU and KEVIN SMITH,
        Defendants-Appellees,

and

STEPHEN MCFADDEN and JUSTIN
BROUGHTON,
        Defendants-Appellants,

and

CYNTHIA HERFERT,
        Defendant.

_____/

      On order of the Court, the application for leave to appeal the October 18, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

Clerk

s0325